IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **A.N.C.**, | : |
| Petitioner, | : |
| v. | : Case No. 4:25-cv-329-CDL-CHW |
| | : 28 U.S.C. § 2241 |
| **WARDEN, STEWART DETENTION CENTER**,[1] | : |
| Respondent. | : |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on October 17, 2025 (ECF No. 1). Petitioner has paid the required filing fee. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 22nd day of October, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] [T]he default rule [for claims under 28 U.S.C. § 2241] is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citations omitted). The Clerk's office is **DIRECTED** to change the docket to reflect the Warden of Stewart Detenion Center as the sole appropriately named respondent in this action.